Sean O. Anderson
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket Number  6:20-mj-00016-HBK |
| Plaintiff, | |
| v. | **MOTION TO STAY BENCH WARRANT; AND ORDER THEREON** |
| AARON JAMES SANDBERG, | |
| Defendant. | |

By leave of Court endorsed hereon, the United States hereby moves the Court for an order to stay the bench warrant in case *6:20-mj-00016-HBK* for Aaron J. SANDBERG, issued on December 15, 2020, for 30 days.

On December 22, 2020, the United States learned that Aaron J. SANDBERG was incarcerated in Ventura County. The United States respectfully requests additional time to investigate Mr. SANDBERG's Ventura County case and its ramifications, before a bench warrant issues.

Dated:  December 22, 2020          /S/ *Sean O. Anderson*_____
                                   SEAN O. ANDERSON
                                   Legal Officer
                                   Yosemite National Park

1

# ORDER

Upon motion of the United States filed on December 22, 2020 (Doc. No. 5), the warrant to be issued in the matter of *United States v. Sandberg*, case no. 6:20-mj-00016-HBK, is hereby stayed for thirty (30) days from the date of this Order.

IT IS SO ORDERED.

Dated: <u>  December 28, 2020  </u>

*[signature]*
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE